CT/crmhrg (October 17, 2001)

HONORABLE **Mark R. Kravitz**
DEPUTY CLERK _____ RPTR/ERO/TAPE **T. Finkelstein**
USPO _____ INTERPRETER _____

TOTAL TIME: **1** hours **21** minutes
DATE **12/15/2008** START TIME **9:46** END TIME **11:07**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CR. No. **3:07cR 120** DEFT # **3**

UNITED STATES OF AMERICA §
§ **S. Dave Vatti** AUSA
vs. §
§ ☐ SEE ATTACHED CALENDAR FOR COUNSEL
**Gwayne Fisher** §
§ **Frank J. Ricco**
Counsel for Defendant Ret - (R), (CJA), (C), PDA - (P)

## HEARING ON CRIMINAL MOTIONS (kmhrgh.)

MOTION DOCUMENT NO.

| | | | | | |
|---|---|---|---|---|---|
| ☐ #**206** | Deft **Fisher** | motion **For Acquittal** | ☐ granted | ☐ denied | ☑ advisement |
| ☐ #**207** | Deft **Fisher** | motion **For New Trial** | ☐ granted | ☐ denied | ☑ advisement |
| ☐ # ___ | Deft ___ | motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # ___ | Deft ___ | motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # ___ | Deft ___ | motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # ___ | Deft ___ | motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # ___ | Deft ___ | motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # ___ | Deft ___ | motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # ___ | Deft ___ | motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # ___ | Govt's motion ___ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # ___ | Govt's motion ___ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # ___ | Govt's motion ___ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # ___ | Govt's motion ___ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ kdoralm | Deft ___ oral motion ___ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ kdoralm | Deft ___ oral motion ___ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ kdoralm | Deft ___ oral motion ___ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ kgoralm | Govt's oral motion ___ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ kgoralm | Govt's oral motion ___ | | ☐ granted | ☐ denied | ☐ advisement |

☐ ......... Brief(s) due _____ Response(s) due _____ Replies due _____
☐ ......... Bond ☐ set at $ _____ ☐ reduced to $ _____ ☐ Non-surety ☐ Surety ☐ PR
☐ ......... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐ kloc. (LC) ... Defendant REMANDED to custody
☐ kcomphrg ..... Competency Hearing ☐ held ☐ continued until _____ at _____
☐ ......... _____ hearing continued until _____ at _____
☐ ......... Court finds defendant _____ ☐ competent ☐ incompetent
☐ ......... Court orders defendant _____ to undergo psychiatric evaluation
☐ kmhrgset ..... Motion Hearing continued until _____
☐ ......... SEE ☐ reverse ☐ attached for additional entries